AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No: 3:04CR00073-001 |
| Cedric A. Palmer | ) | USM No: 04184-095 |

Date of Original Judgment: October 13, 2005
Date of Previous Amended Judgment: July 31, 2012
*(Use Date of Last Amended Judgment if Any)*

Rebecca Hudsmith, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 158 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time the defendant has already served as of November 2, 2015, the sentence is reduced to a time served sentence.

Except as otherwise provided, all provisions of the judgment dated 07/31/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/28/2015

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

James J. Brady, U.S. District Judge
*Printed name and title*